**IN THE UNITED STATES DISTRICT COURT** JUDGE DANIELS ORIGINAL
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- X

NICOLE MILLER, LTD. d/b/a KOBRA
INTERNATIONAL, LTD., a New York
Corporation,

                   Plaintiff,

         - against -

DIANE GILMAN d/b/a DGBZ Inc., a New
York Corporation; HSN INTERACTIVE,
LLC, a Florida Corporation, HOME
SHOPPING NETWORK, INC., a Florida
Corporation; HSN LP, a Florida Corporation;
JOHN DOES 1-15; and XYZ
CORPORATIONS 1-15,

                   Defendants.

Civil Action No.: **07 CIV 9895**

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT, UNFAIR
COMPETITION AND FALSE
DESIGNATION OF ORIGIN AND
UNLAWFUL AND DECEPTIVE ACTS
AND PRACTICES
(JURY TRIAL DEMANDED)**



-------------------------------------------------- X

        Plaintiffs Nicole Miller, Ltd. d/b/a Kobra International, Ltd. hereby file this Complaint on

personal knowledge as to their own activities and on information and belief as to the activities of

others:

## THE PARTIES

        1.     Plaintiffs Nicole Miller, Ltd. d/b/a Kobra International, Ltd. is a corporation

organized and existing under the laws of the State of New York, having its principal place of

business at 525 Seventh Avenue, New York, New York 10018. Nicole Miller, Ltd. and Kobra

International, Ltd. are collectively referred to as "Nicole Miller" or "Plaintiff."

2.     Upon information and belief, Defendant Diane Gilman d/b/a DGBZ Inc. ("Gilman") is a corporation organized and existing under the laws of the State of New York, transacting business within the State of New York and throughout the United States, and having its principal place of business at 141 West 36th Street, 16th Floor, New York, NY 10018.

3.     Upon information and belief, Defendant HSN Interactive, LLC. is a Florida limited liability company, transacting business and contracting to supply goods within the State of New York and throughout the United States through its website located at <www.hsn.com>, and having its principal place of business at 1 HSN Drive, St. Petersburg, Florida 33729.

4.     Upon information and belief, Defendant Home Shopping Network, Inc. is a Florida corporation, transacting business and contracting to supply goods within the State of New York and throughout the United States through its website located at <www.hsn.com>, and having its principal place of business at 152 W. 57th Street, New York, New York 10019.

5.     Upon information and belief, Defendant HSN, LP. is a Florida limited partnership, transacting business and contracting to supply goods within the State of New York and throughout the United States through its website located at <www.hsn.com>, and having its principal place of business at 1 HSN Drive, St. Petersburg, Florida 33729.   HSN Interactive, LLC., Home Shopping Network, Inc. and HSN, LP. are collectively referred to as "HSN."  HSN is a global multi-channel retailer who transacts business and contracts to supply goods through its cable television channel and online through its website <www.hsn.com> to customers within the State of New York and throughout the United States.

6.     Defendants John Does 1-15 and XYZ Corporations 1-15, whose identities and addresses are presently unknown to Nicole Miller, are individuals and corporate entities that, upon information and belief, have made, imported, offered to sell or sold to the Defendants the

2

infringing items complained of herein. The Complaint herein will be amended, if appropriate, to include the name or names of these individuals when such information becomes available. Gilman, HSN, John Does 1-15 and XYZ Corporations 1-15 may be referred to separately or collectively as "Defendants."

## JURISDICTION AND VENUE

7.    This is an action for: (a) copyright infringement in violation of the Copyright Law, 17 U.S.C. §§501, *et. seq.*; (b) unfair competition and false designation of origin in violation of 15 U.S.C. §1125(a); (c) unlawful and deceptive acts and practices in violation of N.Y. Gen. Bus. Law §349; and (d) unfair competition under New York state law, all of which activities have occurred in this District and elsewhere in interstate commerce.

8.    Subject matter jurisdiction for the claim of copyright infringement and unfair competition and false designation of origin is proper in this Court pursuant to 28 U.S.C. §§1331, 1332, 1338(a), 17 U.S.C. §501 and  15 U.S.C. §1125(a).    Supplemental jurisdiction for the claims of unlawful deceptive acts and practices and unfair competition is proper in this Court pursuant to 28 U.S.C. §1367 because these claims form part of the same case or controversy as the claim for copyright infringement.

9.    This Court has personal jurisdiction over the Defendants in that Defendants do business and contract to supply goods throughout the State of New York including this District.

10.    Venue is proper in this District pursuant to 28 U.S.C. §§1391 and 1400(a) in that the Defendants are subject to personal jurisdiction in this Judicial District.

## FACTUAL BACKGROUND

## A.    NICOLE MILLER PRODUCTS AND SALE OF ITS COPYRIGHTED DESIGN

11.    Nicole Miller is one of the leading designers of clothing and fashion accessories in the World. Nicole Miller's designs have been prominently featured in numerous magazines,

television shows, and other forms of media. Nicole Miller's designs are also frequently worn by celebrities at prestigious events. Accordingly, Nicole Miller has become a preeminent symbol of luxury apparel and fashion goods of the highest quality ("Nicole Miller Products").

12.    Nicole Miller is the exclusive owner of the copyright in a fabric design known as "Tiki," which is the subject of U.S. Copyright Registration No. VA-1-387-646 registered on December 28, 2006 (the "Tiki Design" or the "Nicole Miller Copyright"). A true and accurate copy of the Certificate of Registration and related deposit for the Tiki Design is attached hereto as Exhibit A. In January 2006, Nicole Miller introduced the Tiki Design on dress style # BH0351, and has sold more than 2,000 dresses with the Tiki Design.

13.    The registration of the Tiki Design creates a legal presumption in favor of Nicole Miller with respect to the ownership of and the validity of the copyrights in these works.

14.    Nicole Miller Products bearing the Tiki Design are sold in high-end department stores, such as Bloomingdale's, Neiman Marcus and Nordstrom, as well as in Nicole Miller boutiques throughout this District and elsewhere in the United States. A copy of the Nicole Miller store locator for New York is attached hereto as Exhibit B. Nicole Miller has spent millions of dollars and has expended significant effort in advertising, promoting and developing the Nicole Miller Products throughout the world. As a result of advertising and expenditures, Nicole Miller has established considerable goodwill in the Nicole Miller Products and the Tiki Design.

## B.    GILMAN DEFENDANT'S UNLAWFUL ACTS

15.    On or about May 2007, Nicole Miller learned that Gilman was selling blouses bearing designs identical to the Tiki Design (the "Infringing Products") through the HSN website

4

<hsn.com> as well as through the HSN television program.  True and accurate copies of photographs of the Infringing Products are attached hereto as Exhibit C.

16.    On May 15, 2007, Nicole Miller, through its attorneys, Greenberg Traurig LLP, sent a cease and desist letter to Gilman.  A true and accurate copy of the cease and desist letter is attached hereto as Exhibit D.

17.    Upon information and belief, Gilman has distributed and/or sold the Infringing Products throughout the United States, including in New York and this District.

18.    Upon information and belief, Gilman first sold the Infringing Products on or about March 30, 2007.

19.    Upon information and belief, Gilman has willfully and/or negligently infringed the Nicole Miller Copyright by manufacturing, distributing, selling and/or offering for sale infringing products bearing the Tiki Design without Nicole Miller's authorization.  Nicole Miller has neither licensed nor authorized Gilman to reproduce, adapt and/or display Nicole Miller's copyrighted Tiki Design or to manufacture, distribute, advertise, sell or offer to sell apparel that are infringing copies of the Nicole Miller Products.

20.    Upon information and belief, the conduct of Gilman was and is willfully done with knowledge of, and/or reckless disregard for, Nicole Miller's rights in its copyrighted Tiki Design for the purpose of damaging Nicole Miller's business and profiting from the unauthorized manufacture, distribution, and sale of products bearing the Nicole Miller Copyright.

## C.    HSN DEFENDANTS' UNLAWFUL ACTS

21.    On or about May 2007, Nicole Miller learned that HSN was advertising, offering for sale and selling the Infringing Products. True and accurate copies of printouts showing the Infringing Products being offered for sale are attached hereto as Exhibit E.

22.    On May 15, 2007, Nicole Miller, through its attorneys sent a cease and desist letter to HSN. A true and accurate copy of the cease and desist letter is attached hereto as Exhibit F.

23.    Upon information and belief, HSN has distributed, offered for sale and/or sold the Infringing Products in New York and this District.

24.    Upon information and belief, HSN first sold the Infringing Products on or after March 2007.

25.    Upon information and belief, HSN has willfully and/or negligently infringed the Tiki Design by selling and/or offering for sale the Infringing Products without Nicole Miller's authorization. Nicole Miller has neither licensed nor authorized HSN to advertise, sell or offer to sell apparel that are infringing copies of the Nicole Miller Products, including the Tiki Design.

26.    Upon information and belief, the conduct of HSN was and is willfully done with knowledge of, and/or reckless disregard for, Nicole Miller's rights in the Tiki Design for the purpose of damaging Nicole Miller's business and profiting from the unauthorized manufacture, distribution, and sale of the Infringing Products.

### FIRST CLAIM FOR RELIEF
### (Copyright Infringement Under 17 U.S.C. §501)

27.    Nicole Miller realleges and incorporates by reference the allegations above.

28.    Nicole Miller is the owner of the Nicole Miller Copyright.

6

29.     Nicole Miller has never authorized Defendants to make copies of the Nicole Miller Copyright, or to distribute or display the Tiki design. Defendants' acts of copying, distributing and displaying the Nicole Miller Copyright, which have been willful and deliberate, have been performed without license, authorization or consent from Nicole Miller.

30.     As a direct and proximate result of Defendants' acts, Nicole Miller has suffered damages to its valuable Nicole Miller Copyright, and other damages in an amount to be proved at trial.

31.     Nicole Miller does not have an adequate remedy at law, and will continue to be damaged by Defendants' copyright infringement unless this Court enjoins Defendants from such fraudulent business practices.

32.     Defendants have realized unjust profits, gains and advantages as a proximate result of its infringement.

## SECOND CLAIM OF RELIEF

### (Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a))

33.     Nicole Miller realleges and incorporates by reference the allegations above.

34.     The Infringing Products are nearly identical or substantially similar to the copyrighted Tiki Design and, as such, Defendants' sale of the Infringing Products is likely to cause confusion to the general purchasing public.

35.     By manufacturing and/ or arranging for manufacture of, advertising, distributing, offering for sale and selling the Infringing Products that bear a design identical or substantially similar to the copyrighted Tiki Design, Defendants misrepresent and falsely describe to the general public the origin and source of the Infringing Products and create a likelihood of confusion by ultimate purchasers and to others seeing the Infringing Products as to both the source and sponsorship of such merchandise.

7

36.    Defendants' unlawful, unauthorized and unlicensed manufacturing, advertising, distributing, offering for sale and/or selling of the Infringing Products creates express and implied misrepresentations that the Infringing Products were created, authorized or approved by Nicole Miller, all to Defendants' profit and Nicole Miller's great damage and injury.

37.    Defendants have realized unjust profits, gains and advantages as a proximate result of their unfair competition.

38.    Nicole Miller has no adequate remedy at law.  If Defendants' activities are not enjoined, Nicole Miller will continue to suffer irreparable harm and injury to its goodwill and reputation.

## THIRD CLAIM OF RELIEF

### ( Unlawful Deceptive Acts and Practices Under New York General Business Law § 349)

39.    Nicole Miller realleges and incorporates by reference the allegations above.

40.    On information and belief, Defendants, without Nicole Miller's authorization or consent, and having knowledge of Nicole Miller's well-known and prior rights in the Nicole Miller Copyright have manufactured and/ or arranged for manufacture of, advertised, distributed, offered for sale and sold Infringing Products to the consuming public in direct competition with Nicole Miller Products.

41.    Defendants' use of copies or simulations of the Nicole Miller Copyright is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Infringing Products, and is likely to deceive the public into believing the Infringing Products being sold by Defendants originate from, are associated with, or are otherwise authorized by Nicole Miller.

42.    Defendants' deceptive acts and practices involve public sales activities of a recurring nature.

8

43.    Defendants have realized unjust profits, gains and advantages as a proximate result of their unlawful deceptive acts and practices.

44.    Nicole Miller has no adequate remedy at law and, if Defendants' activities are not enjoined, Nicole Miller will continue to suffer irreparable harm and injury to its goodwill and reputation.

## FOURTH CLAIM OF RELIEF

### (Unfair Competition Under New York State Law)

45.    Nicole Miller realleges and incorporates by reference the allegations above.

46.    Nicole Miller has built up valuable goodwill in the Nicole Miller Copyright.

47.    Defendants' use of the Nicole Miller Copyright is likely to and does permit Defendants to palm off the Infringing Products as those of Nicole Miller, all to the detriment of Nicole Miller and the unjust enrichment of Defendants.

48.    Defendants, upon information and belief, with full knowledge of the fame of Nicole Miller and the Nicole Miller Copyright, intended to and did trade on the goodwill associated with the Nicole Miller Copyright and has misled the public into assuming a connection between Nicole Miller and Defendants by manufacturing, arranging for manufacture, advertising, selling and/or distributing the Infringing Products.

49.    The acts of Defendants mislead and deceive the public as to the source of Defendants' goods, permit and accomplish the palming off of Defendants' goods as those of Nicole Miller and falsely suggest a connection with Nicole Miller, and therefore constitute acts of unfair competition with Nicole Miller in violation of the laws of the State of New York.

50.    Defendants have realized unjust profits, gains and advantages as a proximate result of their unfair competition.

9

51. Defendants' acts have and will continue to cause Nicole Miller irreparable harm unless enjoined by this Court. Nicole Miller has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Nicole Miller prays for the following relief against Defendants:

1. That Defendants, their officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it be permanently enjoined from directly or indirectly infringing the Nicole Miller Copyright in any manner, including, but not limited to, reproducing, adapting, and/or displaying the Nicole Miller Copyright by manufacturing, distributing, importing, exporting, advertising, selling, and/or offering for sale, or causing others to do so, any product, including without limitation clothing, bearing designs substantially similar to the Nicole Miller Copyright;

2. That Defendants be required to effectuate the recall, removal, and return from commercial distribution and/or public display of:

(a) Any product bearing a design substantially similar to the Nicole Miller Copyright manufactured, distributed, imported, exported, advertised, sold, and/or offered for sale by Defendants, their officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(b) Any promotional and/or advertising materials, labels, packaging, or other items bearing a design substantially similar to the Nicole Miller Copyright used or displayed by Defendants, their officers, agents, servants, employees, representatives,

10

confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(c)    Any mold, pattern, or other item used by Defendants, their officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it, to manufacture any product, promotional and/or advertising materials, labels, packaging, or other item bearing a design substantially similar to the Nicole Miller Copyright;

3.    That Defendants be required to deliver up for destruction all of the items called for by Paragraph 2 of this Prayer for Relief, above, as well as any remaining products, advertising, packaging, molds, patterns, or other items bearing a design substantially similar to the Nicole Miller Copyright, or used to manufacture any item bearing a design substantially similar to the Nicole Miller Copyright, that are in Defendants' custody or control;

4.    That Defendants, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Plaintiffs a written report under oath setting forth the details of how Defendants have complied with Paragraphs 1 through 3 of this Prayer for Relief, above;

5.    For an award of actual damages sustained by Plaintiffs;

6.    For an award of Defendants' profits attributable to its copyright infringement;

7.    If elected by Plaintiffs, for the maximum statutory damages as permitted under the Copyright Act;

8.    For such other amounts as may be proper under 17 U.S.C. § 504;

9.    For an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505;

10.    For prejudgment interest as permitted by law;

11

11.    For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands

a jury trial on all triable issues raised by this Complaint.


Dated:    November 8, 2007                 Respectfully submitted,
          New York, New York
                                           GREENBERG TRAURIG, LLP

                                           By
                                               G. Roxanne Elings (GE 8321)
                                               Deidre D. Blocker (DB 0762)
                                               200 Park Avenue, MetLife Building
                                               New York, NY 10166
                                               (212) 801-9200
                                               *Attorney for Plaintiffs*
                                               *Nicole Miller, Ltd. d/b/a Kobra International, Ltd.*

# EXHIBIT A

01/10/2007 WED 15:02 FAX                                              ☒002



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

Form VA





# EXHIBIT B





# EXHIBIT C













# EXHIBIT D

# Greenberg
# Traurig

G. Roxanne Elings
212-801-2148
elingsr@gtlaw.com

May 15, 2007

**VIA OVERNIGHT DELIVERY**
Diane Gilman
141 West 36th Street
16th Floor
New York, NY 10018

>      Re:    **Infringement of Nicole Miller Copyrights**
>             Our reference:  66524.011500

Dear Ms. Gilman:

We are intellectual property counsel for Kobra International, Ltd. d/b/a Nicole Miller ("Nicole Miller"), a world famous fashion house, which styles, manufactures and sells diverse articles of men's, women's and children's apparel, luggage, purses, and other accessories. In addition to owning exclusive rights in the trademark NICOLE MILLER and other marks, Nicole Miller owns all rights, title and interest in its original fabric designs, many of which are registered with the United States Copyright Office.

One such fabric design exclusively owned by Nicole Miller is known as "Tiki" ("Tiki Design"). The Tiki Design consists of a brown background print, with a flower design composed of a flower with petals stemming from the core. The border of the Tiki Design is a distinctive multicolor geometric pattern. Nicole Miller first began selling the Tiki Design in June 2005, and has registered the design with the Copyright Office. A copy of copyright registration for the Tiki Design is annexed hereto as Exhibit A.

Nicole Miller has expended substantial time, effort and money in developing and promoting its products, and has built a national – and worldwide – reputation and notoriety based on its high-quality original creations, including the Tiki Design.

We have learned that you have been selling apparel that is virtually identical to and directly copies Nicole Miller's Tiki Design (the "Infringing Goods"). See Exhibit B. Please be advised the sale of apparel that copies and is identical to Nicole Miller's copyrighted Tiki Design violates Nicole Miller's rights under United States Copyright laws. Any intentional and willful infringement may entitle Nicole Miller to recover statutory damages of up to $150,000 or, in the alternative, to recover your profits from sales of these garments, in addition to Nicole Miller's costs and attorney's fees.

Please be advised that Nicole Miller has already initiated a lawsuit in the Southern District of New York against a manufacturer and two retailers for copyright infringement, in

Diane Gilman
May 15, 2007
Page 2

addition to an action in California. Accordingly, to fully resolve this matter, we demand that you immediately provide us with the following information:

1.  Provide an accounting of any inventory of the Infringing Goods;

2.  Provide the total number of units of the Infringing Goods distributed and/or sold to date and the total dollar amount received from such sales;

3.  Provide a complete and accurate list of the names and addresses of all persons and entities to whom you have sold or distributed the Infringing Goods;

4.  Provide a written statement that you have ceased any and all sale of the Infringing Goods, and will not otherwise infringe any of Nicole Miller's copyrighted designs in the future.

Because of the urgency of this matter, we request a response to our demands no later than the close of business on **May 21, 2007**. Should you fail to comply with these demands within the time period, we are instructed to take all legal steps necessary to halt the sales of the Infringing Goods, including the filing of a civil action.

The above does not constitute an offer of settlement and is sent without prejudice to any rights or claims of Nicole Miller, all of which expressly are reserved.

Very truly yours,

G. Roxanne Elings

cc:  Nicole Miller

Enclosures

# Exhibit A

01/10/2007 WED 15:02 FAX                                                      ☑002

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-387-846

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** — Title of This Work ▼
Tild

NATURE OF THIS WORK ▼ See instructions
Design on Fabric

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** — NAME OF AUTHOR ▼
a   Kobra International, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ► U.S.A.
Domiciled in ►

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

b   Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ►
Domiciled in ►

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3** 
a   Year in Which Creation of This Work Was Completed
2005   Year in all cases.

b   Date and Nation of First Publication of This Particular Work
Complete this information  Month ► 06  Day ► 15  Year ► 2005
ONLY if this work has been published.   Nation U.S.A.

**4** — COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kobra International, Ltd.
525 Seventh Avenue
New York, NY 10018

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 28 2006
ONE DEPOSIT RECEIVED
DEC 28 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Estelle Ross, Kobra International, Ltd.
525 Seventh Avenue, 20th Floor
New York, NY 10018

Area code and daytime telephone number ( 212 ) 719-9200            Fax number ( 212 ) 869-1938
Email

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Kobra International, Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
G. Roxanne Elings                                                    Date 12/26/06

Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Estelle Ross, Kobra International, Ltd.
Number/Street/Apt ▼
525 Seventh Avenue, 20th Floor
City/State/Zip ▼
New York, NY 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# Exhibit B



there's no place like...    **hsn shopping bar**

learn more | download now

shopping cart | order status | customer service | my account | bulletin boards | wish list | sign in

| Jewelry | Fashion | Beauty | Health & Fitness | For the Home | Kitchen & Dining | Electronics | Crafts & Sewing | Toys | Customer Picks | Clearance |

**Search HSN.com** [ enter item # or keyword ]     **this day only**

HSN > Fashion & Accessories > Diane Gilman > DG2

## DG2 Embellished Tunic - Item: 236-561



**HSN Price: $69.90**

Retail Value: $100.00

Shipping & Handling: $6.95

▶ first select size          size charts

then select color

1 payment of $69.90    what is flexpay?

Quantity: [1]

☐ Include a Gift Receipt/Message
learn more

**ADD TO CART**

use quickbuy          add to wish list

 

**BUY** MORE FASHION AND **SAVE**    see details

Avg Customer Rating  2.5  ★★☆☆☆    2 reviews

Zoom/Larger Image    ▶ PLAY VIDEO

Email to a Friend

Click a swatch to see item in this color

| Blue | Coral | Fuchsia |

| White |

See all Diane Gilman

**when to watch**

Get an email alert when Diane Gilman products will be on TV.  see details

Enter Email Address

**SUBMIT**

privacy policy

**MORE CHOICES**



DG2 Stretch Denim 5-Pocket Jeans

HSN Price: $44.00



DG2 Pull-On Fully-Lined Palazzo Pants

HSN Price: $52.00



Diane Gilman Choice of Belts

HSN Price: $21.90



### Product Description

**Embellished Tunic**
by DG2

- Lined georgette pullover.
- Embellished neck. Long, wide sleeves.
- Empire waist. Lined. Straight hem with side vents.
- **White:** crinkled georgette. Embellished V-neck. Empire waist. Silvertone Beads with sequins and pearly beads. White lining.
- **Coral:** crinkled georgette. Multicolored tribal pattern. V-neck and empire waist lined with tapestry ribbon. Orange lining.

- **Blue:** sheer chiffon blue ombre with green at hem. V-neck and empire waist lined with tapestry ribbon. Removable, multifaceted jeweled floral pin. Cuffs lined in the same tapestry ribbon. Blue lining.
- **Fuchsia:** goldtone floral design on fuchsia background. Notch neck and cuffs lined in goldtone fabric with goldtone beads, jewels and paillettes. Fuchsia lining.
- Approx. 28-1/2"L.
- 100% polyester. Hand wash, line dry.
- XS-3X.
- Imported.

Choose your style and mood for the day in this Embellished Tunic by DG2. Lovely sequins and flashy trim will cause your outlook to soar. Coral, fuchsia, white or blue.

**About Diane Gilman...**
From the steamy tropics to untamed animal prints, many of Diane Gilman's unique one-of-a-kind, limited-edition creations began their existence as hand-painted canvas designs that have been transferred to silk. This marvelous fabric is ideal for soaking up bold colors (not to mention sparkly sequins), creating a Signature line that will leave 'em speechless. For your more casual occasions, Diane has also introduced several exclusive new lines in cotton and silk twill featuring her characteristic embellishments and artisan achievements.

---

## Customer Reviews

review this product                     2 reviews              Average Rating   2.5  ★★☆☆☆

**silk worm is dead**                                    ★★★☆☆  05/14/2007

i agree i wait each year for the silk items but they are history! i will settle for a silk like look, but please pockets in the matching pants....

report if inappropriate

**I thought they were in SILK...NOT POLYESTER!!!!!!** (Sandy, FL)     ★★☆☆☆  05/12/2007

I originally ordered 3 of these tunic, thinking they were like the ones last year in SILK,..but you have down graded to polyester... how disappointing.... Your designs are so beautiful and fit is awesome... please give us back the luxury fabrics we love......S SILK!!!

report if inappropriate

---

Company Information  |  Program Guide  |  Show Hosts  |  FAQs  |  Customer Service  |  Return Policy  |  Contact Us  |  Careers at HSN  |  Site Map

HSN Charge Card  |  HSN Rewards Visa Card  |  Gift Cards  |  Become an Affiliate
Shopping Tips and Guides  |  Conditions of Use  |  Privacy Policy  |  Security  |  Product Safety Information

Copyright © 1999 – 2007 HSN Interactive LLC.
HSN and HSN.com are registered trademarks of HSN LP

Partner Sites:  Ballard Designs  |  Garnet Hill  |  Improvements Catalog  |  IOS Catalog
Territory Ahead  |  Window Improvements  |  Shoes  |  Expedia  |  Hotels  |  Hotwire

# EXHIBIT E





Blue    Coral    Fuchsia

White



<u>Diane Gilman Choice of Belts</u>

HSN Price: $21.90

**Product Description**

**Embellished Tunic**
by DG2

- Lined georgette pullover.
- Embellished neck. Long, wide sleeves.
- Empire waist. Lined. Straight hem with side vents.
- **White:** crinkled georgette. Embellished V-neck. Empire waist. Silvertone Beads with sequins and pearly beads. White lining.
- **Coral:** crinkled georgette. Multicolored tribal pattern. V-neck and empire waist lined with tapestry ribbon. Orange lining.
- **Blue:** sheer chiffon blue ombre with green at hem. V-neck and empire waist lined with tapestry ribbon. Removable, multifaceted jeweled floral pin. Cuffs lined in the same tapestry ribbon. Blue lining.
- **Fuchsia:** goldtone floral design on fuchsia background. Notch neck and cuffs lined in goldtone fabric with goldtone beads, jewels and paillettes. Fuchsia lining.
- Approx. 28-1/2"L.
- 100% polyester. Hand wash, line dry.
- XS-3X.
- Imported.

Choose your style and mood for the day in this Embellished Tunic by DG2. Lovely sequins and flashy trim will cause your outlook to soar. Coral, fuchsia, white or blue.

**About Diane Gilman...**
From the steamy tropics to untamed animal prints, many of Diane Gilman's unique one-of-a-kind, limited-edition creations began their existence as hand-painted canvas designs that have been transferred to silk. This marvelous fabric is ideal for soaking up bold colors (not to mention sparkly sequins), creating a Signature line that will leave 'em speechless. For your more casual occasions, Diane has also introduced several exclusive new lines in cotton and silk twill featuring her characteristic embellishments and artisan achievements.

**Customer Reviews**

review this product                    2 reviews                    Average Rating   2.5  ★★½☆☆

**silk worm is dead**                                        ★★★☆☆  05/14/2007

i agree i wait each year for the silk items but they are history! i will settle for a silk like look, but please
pockets in the matching pants....

report if inappropriate

**I thought they were in SILK...NOT POLYESTER!!!!!!** (Sandy, FL)        ★★☆☆☆  05/12/2007

I originally ordered 3 of these tunic, thinking they were like the ones last year in SILK,..but you have down
graded to polyester... how disappointing.... Your designs are so beautiful and fit is awesome... please give
us back the luxury fabrics we love......S SILK!!!

report if inappropriate

Company Information  |  Program Guide  |  Show Hosts  |  FAQs  |  Customer Service  |  Return Policy  |  Contact Us  |  Careers at HSN  |  Site Map

HSN Charge Card  |  HSN Rewards Visa Card  |  Gift Cards  |  Become an Affiliate
Shopping Tips and Guides  |  Conditions of Use  |  Privacy Policy  |  Security  |  Product Safety Information

Copyright © 1999 – 2007 HSN Interactive LLC.
HSN and HSN.com are registered trademarks of HSN LP

Partner Sites:  Ballard Designs |  Garnet Hill |  Improvements Catalog  |  IOS Catalog
Territory Ahead |  Window Improvements |  Shoes |  Expedia |  Hotels |  Hotwire

# EXHIBIT F

# Greenberg
# Traurig

G. Roxanne Elings
212-801-2148
elingsr@gtlaw.com

May 15, 2007

**VIA OVERNIGHT DELIVERY**
HSN Interactive LLC
Attn: Legal Department
1 HSN Drive
St. Petersburg, FL 33729

Re:    **Infringement of Nicole Miller Copyrights**
       Our reference: 66524.011500

Dear Sir or Madam:

We are intellectual property counsel for Kobra International, Ltd. d/b/a Nicole Miller ("Nicole Miller"), a world famous fashion house, which styles, manufactures and sells diverse articles of men's, women's and children's apparel, luggage, purses, and other accessories. In addition to owning exclusive rights in the trademark NICOLE MILLER and other marks, Nicole Miller owns all rights, title and interest in its original fabric designs, many of which are registered with the United States Copyright Office.

One such fabric design exclusively owned by Nicole Miller is known as "Tiki" ("Tiki Design"). The Tiki Design consists of a brown background print, with a flower design composed of a flower with petals stemming from the core. The border of the Tiki Design is a distinctive multicolor geometric pattern. Nicole Miller first began selling the Tiki Design in June 2005, and has registered the design with the Copyright Office. A copy of copyright registration for the Tiki Design is annexed hereto as Exhibit A.

Nicole Miller has expended substantial time, effort and money in developing and promoting its products, and has built a national – and worldwide – reputation and notoriety based on its high-quality original creations, including the Tiki Design.

We have learned that Home Shopping Networks ("HSN") is selling apparel that is virtually identical to and directly copies Nicole Miller's Tiki Design (the "Infringing Goods"). See printouts from the HSN website as Exhibit B. Please be advised the sale of apparel that copies and is identical to Nicole Miller's copyrighted Tiki Design violates Nicole Miller's rights under United States Copyright laws. Any intentional and willful infringement may entitle Nicole Miller to recover statutory damages of up to $150,000 or, in the alternative, to recover your profits from sales of these garments, in addition to Nicole Miller's costs and attorney's fees.

Please be advised that Nicole Miller has already initiated a lawsuit in the Southern District of New York against a manufacturer and two retailers for copyright infringement, in

Home Shopping Networks
May 15, 2007
Page 2

addition to an action in California. Accordingly, to fully resolve this matter, we demand that you immediately provide us with the following information:

1. Provide an accounting of any inventory of Infringing Goods;

2. Provide the total number of units of Infringing Goods distributed and/or sold to date and the total dollar amount received from such sales;

3. Provide a complete and accurate list of the names and addresses of all persons and entities to whom you have sold or distributed the Infringing Goods;

4. Provide a written statement that you have ceased any and all sale of the Infringing Goods, and will not otherwise infringe any of Nicole Miller's copyrighted designs in the future.

5. Immediately remove all postings and other references to the Infringing Goods on your website, your television program and any other materials, including but not limited to all marketing or promotional materials.

Because of the urgency of this matter, we request a response to our demands no later than the close of business on **May 21, 2007**. Should you fail to comply with these demands within the time period, we are instructed to take all legal steps necessary to halt the sales of the Infringing Goods, including the filing of a civil action.

The above does not constitute an offer of settlement and is sent without prejudice to any rights or claims of Nicole Miller, all of which expressly are reserved.

Very truly yours,

G. Roxanne Elings

cc:   Nicole Miller

Enclosures

# Exhibit A

01/10/2007 WED 18:02 FAX                                         ☒002

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-387-848

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
Tild

NATURE OF THIS WORK ▼
Design on Fabric

Previous or Alternative Titles ▼

**2**

a  NAME OF AUTHOR ▼
Kobra International, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ U.S.A.
     Domiciled in _____ }

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

**NOTE**

**3**

a  Year in Which Creation of This Work Was
Completed   2005

b  Date and Nation of First Publication of This Particular Work
Month 06   Day 15   Year 2005
U.S.A.

**4**

COPYRIGHT CLAIMANT(S)
Kobra International, Ltd.
525 Seventh Avenue
New York, NY 10018

APPLICATION RECEIVED
DEC 28 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 28 2006
FUNDS RECEIVED

MORE ON BACK ▶

☒003

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**5**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Estelle Ross, Kobra International, Ltd.
525 Seventh Avenue, 20th Floor
New York, NY 10018

b

Area code and daytime telephone number ( 212 ) 719-9200          Fax number ( 212 ) 869-1938
Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Kobra International, Ltd.

check only one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

G. Roxanne Elings          Date: 12/26/06

Handwritten signature ▼

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Estelle Ross, Kobra International, Ltd.
525 Seventh Avenue, 20th Floor
New York, NY 10018

# Exhibit B



there's no place like... HSN

hsn shopping bar
learn more | download now

shopping cart | order status | customer service | my account | bulletin boards | wish list | sign in

| Jewelry | Fashion | Beauty | Health & Fitness | For the Home | Kitchen & Dining | Electronics | Crafts & Sewing | Toys | Customer Picks | Clearance |

Search HSN.com [enter item # or keyword] (GO)

this day only

HSN > Fashion & Accessories > Diane Gilman > DG2

## DG2 Embellished Tunic - Item: 236-561



Zoom/Larger Image    ▶ PLAY VIDEO

Email to a Friend

Click a swatch to see item in this color


Blue


Coral


Fuchsia


White

**HSN Price: $69.90**

Retail Value: $100.00

Shipping & Handling: $6.95

▶ [first select size]    size charts

[then select color]

[1 payment of $69.90]    what is flexpay?

Quantity: [1]

☐ Include a Gift Receipt/Message
learn more

**ADD TO CART**

use quickbuy              add to wish list

**BUY MORE FASHION AND SAVE**    see details

Avg Customer Rating 2.5 ★★☆☆☆    2 reviews

---

See all Diane Gilman

## when to watch

Get an email alert when Diane Gilman products will be on TV.  see details

[Enter Email Address]

**SUBMIT**

privacy policy

### MORE CHOICES



DG2 Stretch Denim 5-Pocket Jeans
**HSN Price: $44.00**



DG2 Pull-On Fully-Lined Palazzo Pants
**HSN Price: $52.00**

Diane Gilman Choice of Belts
**HSN Price: $21.90**

---

## Product Description

**Embellished Tunic**
by DG2

- Lined georgette pullover.
- Embellished neck. Long, wide sleeves.
- Empire waist. Lined. Straight hem with side vents.
- **White:** crinkled georgette. Embellished V-neck. Empire waist. Silvertone Beads with sequins and pearly beads. White lining.
- **Coral:** crinkled georgette. Multicolored tribal pattern. V-neck and empire waist lined with tapestry ribbon. Orange lining.

- **Blue:** sheer chiffon blue ombre with green at hem. V-neck and empire waist lined with tapestry ribbon. Removable, multifaceted jeweled floral pin. Cuffs lined in the same tapestry ribbon. Blue lining.
- **Fuchsia:** goldtone floral design on fuchsia background. Notch neck and cuffs lined in goldtone fabric with goldtone beads, jewels and paillettes. Fuchsia lining.
- Approx. 28-1/2"L.
- 100% polyester. Hand wash, line dry.
- XS-3X.
- Imported.

Choose your style and mood for the day in this Embellished Tunic by DG2. Lovely sequins and flashy trim will cause your outlook to soar. Coral, fuchsia, white or blue.

**About Diane Gilman...**
From the steamy tropics to untamed animal prints, many of Diane Gilman's unique one-of-a-kind, limited-edition creations began their existence as hand-painted canvas designs that have been transferred to silk. This marvelous fabric is ideal for soaking up bold colors (not to mention sparkly sequins), creating a Signature line that will leave 'em speechless. For your more casual occasions, Diane has also introduced several exclusive new lines in cotton and silk twill featuring her characteristic embellishments and artisan achievements.

## Customer Reviews

<u>review this product</u>                2 reviews                Average Rating    2.5   ★★⯪☆☆

**silk worm is dead**                                    ★★★☆☆  05/14/2007

i agree i wait each year for the silk items but they are history! i will settle for a silk like look, but please pockets in the matching pants....

report if inappropriate

**I thought they were in SILK...NOT POLYESTER!!!!!!** (Sandy, FL)        ★★☆☆☆  05/12/2007

I originally ordered 3 of these tunic, thinking they were like the ones last year in SILK,..but you have down graded to polyester... how disappointing.... Your designs are so beautiful and fit is awesome... please give us back the luxury fabrics we love......S SILK!!!

report if inappropriate

Company Information | Program Guide | Show Hosts | FAQs | Customer Service | Return Policy | Contact Us | Careers at HSN | Site Map

HSN Charge Card | HSN Rewards Visa Card | Gift Cards | Become an Affiliate
Shopping Tips and Guides | Conditions of Use | Privacy Policy | Security | Product Safety Information

Copyright © 1999 – 2007 HSN Interactive LLC.
HSN and HSN.com are registered trademarks of HSN LP

Partner Sites:  Ballard Designs | Garnet Hill | Improvements Catalog | IOS Catalog
Territory Ahead | Window Improvements | Shoes | Expedia | Hotels | Hotwire