UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILE COPY

| | |
|---|---|
| NICOLE MILLER, LTD. d/b/a KOBRA INTERNATIONAL, LTD., a New York Corporation,<br><br>                Plaintiff,<br><br>- against -<br><br>DIANE GILMAN d/b/a DGBZ Inc., a New York Corporation; HSN INTERACTIVE, LLC, a Florida Corporation, HOME SHOPPING NETWORK, INC., a Florida Corporation; HSN LP, a Florida Corporation; JOHN DOES 1-15; and XYZ CORPORATIONS 1-15,<br><br>                Defendants. | CIV. ACTION NO.:<br><br>PLAINTIFFS' RULE 7.1 CERTIFICATION<br><br><br><br> |

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, a private non-governmental party certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: November 8, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: *[signature]*

G. Roxanne Elings (GE 8321)
Deidre D. Blocker (DB 0762)
200 Park Avenue, MetLife Building
New York, NY 10166
(212) 801-9200
*Attorney for Plaintiffs Nicole Miller, Ltd.
d/b/a Kobra International, Ltd.*