USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 29 2007

DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE MILLER, LTD. d/b/a KOBRA INTERNATIONAL, LTD., a New York Corporation,

Plaintiff,

-against-

DIANE GILMAN d/b/a/ DGCBZ Inc., a New York Corporation; HSN INTERACTIVE LLC, a Florida Corporation, et al.,

Defendants.

07 Civ. 9895 (GBD)

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants HSN Interactive LLC, Home Shopping Network, Inc. and HSN LP ("HSN") and Diane Gilman d/b/a/ DGCBZ Inc. to move, answer or otherwise respond to the Complaint in the above-action, is extended from November 29, 2007 and December 3, 2007, respectively, to and including January 3, 2008.

Dated: New York, New York
November 28, 2007

GREENBERG TRAURIG LLP

By: _____
G. Roxanne Elings, Esq. (GE 8321)
Deidre Blocker, Esq. (DB 0762)
200 Park Avenue
New York, New York 10166
(212) 801-9200
Attorneys for Plaintiffs

DAVIS & GILBERT LLP

By: _____
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

Attorney for Defendants

SO ORDERED: NOV 29 2007

_____
HONORABLE GEORGE B. DANIELS, U.S.D.J.
HON. GEORGE B. DANIELS