USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 3 2008

DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MILLER, LTD. d/b/a KOBRA INTERNATIONAL, LTD., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>DIANE GILMAN d/b/a/ DGCBZ Inc., a New York Corporation; HSN INTERACTIVE LLC, a Florida Corporation, et al.,<br><br>Defendants. | 07 Civ. 9895 (GBD)<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for defendants HSN Interactive LLC, Home Shopping Network, Inc. and HSN LP ("HSN") and Diane Gilman d/b/a/ DGCBZ Inc. to move, answer or otherwise respond to the Complaint in the above-action, is extended from January 3, 2008 to and including February 4, 2008.

Dated:   New York, New York
         December 21, 2007

GREENBERG TRAURIG LLP

By: _____
   G. Roxanne Elings, Esq. (GE 8321)
   Deidre Blocker, Esq. (DB 0762)
200 Park Avenue
New York, New York 10166
(212) 801-9200
Attorneys for Plaintiffs

DAVIS & GILBERT LLP

By: _____
   Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

Attorney for Defendants

SO ORDERED:   JAN 0 3 2008

_____
HONORABLE GEORGE B. DANIELS, U.S.D.J.

HON GEORGE B. DANIELS