IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

NICOLE MILLER, LTD. d/b/a KOBRA
INTERNATIONAL, LTD., a New York
Corporation,

      Plaintiff,

- against -

DIANE GILMAN d/b/a DGBZ Inc., a New
York Corporation; HSN INTERACTIVE,
LLC, a Florida Corporation, HOME
SHOPPING NETWORK, INC., a Florida
Corporation; HSN LP, a Florida Corporation;
JOHN DOES 1-15; and XYZ
CORPORATIONS 1-15,

      Defendants.

------------------------------------------------------- x

Civil Action No.: 07-9895 (GBD)

**ECF CASE**

**NOTICE OF DISMISSAL**

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

FEB 2 7 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 8 2008

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), please take notice that Plaintiff, Kobra International, Ltd. d/b/a Nicole Miller Ltd., hereby voluntarily dismisses the above action as against all Defendants, with prejudice, with each party to bear its own costs and fees, including reasonable attorneys' fees.

**CONSENTED TO BY KOBRA
INTERNATIONAL, LTD. D/B/A
NICOLE MILLER, LTD.**

Dated: 2/8/08

**GREENBERG TRAURIG, LLP**

By: */s/ Deidre Blocker*

G. Roxanne Elings (GE 8321)
Deidre D. Blocker (DB 0762)
200 Park Avenue, MetLife Building
New York, NY 10166
(212) 801-9200
*Attorneys for Plaintiff Kobra
International, Ltd. d/b/a Nicole Miller,
Ltd.*

NY 238,649,594v2 2/7/2008